

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 1 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| SPECIAL SITUATIONS FUND III, L.L.P., on behalf of itself and all others similarly situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:98-CV-1216-M |
| VIAGRAFIX CORPORATION, MICHAEL A. WEBSTER, ROBERT E. WEBSTER, ROBERT MOORE, SOUTHWEST SECURITIES, INC., and LEARN2.COM, INC., | § § § § § § § § | |
| Defendants. | § § | |

ENTERED ON DOCKET

FEB - 2 2001

U.S. DISTRICT CLERK'S OFFICE

## JUDGMENT

The Court enters the following Judgment pursuant to its Memorandum Opinion and Order, signed on January 22, 2001.

It is ORDERED, ADJUDGED and DECREED that Plaintiff take nothing by its suit against Defendants, that its claims be, and are hereby, DISMISSED, with all costs taxed against Plaintiff.

SO ORDERED.

DATED: February ___/___, 2001.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

38